**WATTS v. BORG WARNER AUTO., INC.**

[360 N.C. 169 (2005)]

DAVID NOBLE WATTS, Employee v. BORG WARNER AUTOMOTIVE, INC., Employer, LUMBERMENS MUTUAL CASUALTY COMPANY, Carrier

No. 359A05

(Filed 16 December 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 613 S.E.2d 715 (2005), remanding for further findings of fact an opinion and award filed 4 March 2004 by the North Carolina Industrial Commission. Heard in the Supreme Court 12 December 2005.

*Law Office of David Gantt, by David Gantt, for plaintiff-appellee.*

*Hedrick Eatman Gardner & Kincheloe, LLP, by Hope F. Smelcer and J.A. Gardner, III, for defendant-appellants.*

PER CURIAM.

AFFIRMED.